In the Matter of the Accounting of SIDNEY T. CLARK, as Sole Surviving Executor of ARTHUR S. BARTLETT, Deceased, and as Sole Executor of KATE M. BARTLETT, Deceased Executrix of ARTHUR S. BARTLETT, Deceased. RICHARD H. DE WITT, Appellant; SIDNEY T. CLARK, Individually and as Executor of ARTHUR S. BARTLETT, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ. [See *ante,* p. 136.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK TELEPHONE COMPANY, Appellant, against ROLLIN BROWNE et al., Constituting the Tax Commission of the State of New York, Respondents, and CITY OF BUFFALO, Intervener, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ. [See *ante,,* p. 835.]

JENNIE DITTMAN, Respondent, v. EARL J. DAVIS et al., Defendants, and ALL STATES FREIGHT, INC., et al., Appellants. HELEN RUTISHAUSER, Respondent, v. EARL J. DAVIS et al., Defendants, and ALL STATES FREIGHT, INC., et al., Appellants.— Motion for leave to appeal to the Court of Appeals by appellants, All States Freight, Inc., and others, in the Dittman action, denied, with $10 costs. Motion for leave to appeal to the Court of Appeals by appellants Middle Atlantic Transportation Co., Inc., and Burchard B. Hawk in the Dittman action, denied, with $10 costs. Motion for leave to appeal to the Court of Appeals by appellants, All States Freight, Inc., and others, in the Rutishauser action, denied, with $10 costs. Motion for leave to appeal to the Court of Appeals by appellants Middle Atlantic Transportation Co., Inc., and Burchard B. Hawk in the Rutishauser action, denied, with $10 costs. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ. [See *ante,* p. 836.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY PASTER, Appellant, against LEO J. PALMER, as Superintendent of Elmira Reformatory, Respondent. — Appeal from an order of the Special Term of the Supreme Court, Chemung County, made February 8, 1947, dismissing a writ of habeas corpus. The amendment of section 288 of the Correction Law (L. 1945, ch. 678) was not retroactive and did not reduce the maximum term of this relator, who had been convicted and sentenced prior to its effective date. Order unanimously affirmed, without costs. Present — Hill, P. J., Heffernan, Foster, Russell and Deyo, JJ.

## (September 20, 1948.)

In the Matter of ROCHESTER GAS AND ELECTRIC CORPORATION, Petitioner, and GENERAL PUBLIC UTILITIES CORPORATION, Intervener, Petitioner, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— Motion to resettle order of this court, entered on January 9, 1948, so as to specify the nature of the " further consideration " to be accorded, or of the further proceedings to be taken, upon the directed remission to the commission. Motion granted, without costs, in accordance with the order submitted by Naylon, Foster and Shepard. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ. [See 273 App. Div. 114.]